UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER,<br><br>                      Plaintiff,<br>    v.<br><br>UBER TECHNOLOGIES, INC*., et al.*,<br><br>                     Defendants. | Case No. 1:17-cv-01272 |

### NOTICE OF WITHDRAWAL OF MEGAN CACACE AS COUNSEL

Plaintiff hereby gives notice that Megan Cacace will be leaving the employment of Relman Colfax PLLC as of September 29, 2021, and will no longer represent Plaintiff in this matter. Attorneys Michael Allen and Zoila Hinson remain as counsel for Plaintiff from Relman Colfax, and Kaitlin Banner remains as counsel for Plaintiff from the Washington Lawyers' Committee for Civil Rights and Urban Affairs.

Dated: September 24, 2021

                                        Respectfully submitted,

                                        */s/ Megan Cacace*
                                        Megan Cacace (DC Bar No. 981553)
                                        Michael G. Allen (DC Bar No. 409068)
                                        Zoila Hinson (admitted *pro hac vice*)
                                        RELMAN COLFAX PLLC
                                        1225 19th Street, N.W., Suite 600
                                        Washington, D.C. 20036
                                        (202) 728-1888
                                        (202) 728-0848 (fax)
                                        mcacace@relmanlaw.com
                                        mallen@relmanlaw.com
                                        zhinson@relmanlaw.com

Kaitlin Banner (DC Bar No. 100436)
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 DuPont Circle, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 319-1000
Fax: (202) 319-1010
katilin_banner@washlaw.org

*Attorneys for Plaintiff*

<u>/s/ *Equal Rights Center*</u>
Equal Rights Center

*Plaintiff*