UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER,<br><br>    Plaintiff,<br>v.<br><br>UBER TECHNOLOGIES, INC.*, et al.*,<br><br>    Defendants. | Case No. 1:17-cv-01272-ACR |

## JOINT STATUS REPORT

In accordance with this Court's February 27, 2023 Order, the Parties, through their undersigned counsel, respectfully submit this Joint Status Report and state the following:

1. Following mediation, the parties have engaged in extensive negotiations in an effort to resolve this matter.

2. Since the filing of the most recent Joint Status Report, the parties have exchanged drafts of an agreement, involving a stay and potentially a settlement, and are continuing to negotiate a few material terms.

3. The parties agree to file another joint status report by April 23, 2023.

Dated: March 23, 2023                    Respectfully submitted,

*/s/ Michael G. Allen*
Michael G. Allen (DC Bar. No. 409068)
Zoila Hinson (admitted *pro hac vice*)
RELMAN COLFAX PLLC
1225 19th Street, N.W., Suite 600
Washington, D.C. 20036
(202) 728-1888
(202) 728-0848 (fax)
mallen@relmanlaw.com
zhinson@relmanlaw.com

1

Kaitlin Banner (DC Bar No. 100436)
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS
700 14th Street, N.W., Suite 400
Washington, D.C. 20005
Phone: (202) 319-1000
Fax: (202) 319-1010
katilin_banner@washlaw.org

*Attorneys for Plaintiff*

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Stephanie Schuster*
Stephanie Schuster (DC Bar No. 1011924)
Patrick Harvey (DC Bar No. 995570)
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
T: (202) 373-6595
F: (202) 739-3001
stephanie.schuster@morganlewis.com
patrick.harvey@morganlewis.com

*Attorneys for Defendants*