UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER,<br><br>            Plaintiff,<br>   v.<br><br>UBER TECHNOLOGIES, INC*., et al.*,<br><br>            Defendants. | Case No. 1:17-cv-01272-ACR |

**JOINT MOTION TO STAY PROCEEDINGS**

The Parties, Plaintiff Equal Rights Center and Defendants Uber Technologies, Inc., Rasier, LLC, and Drinnen, LLC, have executed a confidential settlement agreement that includes a provision having the parties jointly seek an 18-month pause of litigation which will end with final resolution of the case if certain conditions are met during the stay. Accordingly, the Parties hereby jointly move to stay this action for a period of 18 months. In further support of this motion, the parties state as follows:

1. This action was filed on June 28, 2017. ECF No. 1. Plaintiff filed an amended complaint on December 8, 2017. ECF No. 22. Defendants filed a Rule 12 motion to dismiss the Amended Complaint, which was argued on May 10, 2018. Minute Entry (May 10, 2018). That motion was resolved by order dated March 15, 2021. ECF No. 55. Defendants answered the Amended Complaint on March 29, 2021. ECF No. 57.

2. In June 2021, the parties agreed to proceed with private mediation. Although the parties were not able to resolve this matter during the scheduled mediation, they agreed to continue to discuss proposals that might be amenable to all parties. ECF No. 65.

3.  The parties have recently provided further joint status updates regarding the continued settlement discussions. ECF Nos. 76–77. Those discussions have finally concluded, and the parties have now entered into a confidential agreement, which carries the potential to resolve this matter.

4.  The parties' agreement contemplates, and is conditioned upon, the parties obtaining an 18-month stay of litigation. At the conclusion of the stay, if the required conditions are met for a final resolution as set forth in the confidential agreement, the parties will stipulate to dismissal, and if not, the stay will be lifted.

5.  The Court has "broad discretion" in determining whether to stay proceedings. *LLC SPC Stileks v. Republic of Moldova*, 985 F.3d 871, 880 (D.C. Cir. 2021). Courts usually consider three factors in determining whether to enter a stay: "(1) harm to the nonmoving party if a stay does issue; (2) the moving party's need for a stay — that is, the harm to the moving party if a stay does not issue; and (3) whether a stay would promote efficient use of the court's resources." *Ctr. for Biological Diversity v. Ross*, 419 F. Supp. 3d 16, 20 (D.D.C. 2019).

6.  All factors support a stay here. *First*, the parties make this request jointly, so no party will be harmed by the requested stay. *Second*, the parties' confidential agreement to potentially resolve this matter requires an 18-month pause of the litigation, so without a stay, the parties' significant efforts negotiating a potential resolution will be for naught. *Finally*, a stay will preserve the Court and the parties' resources by facilitating a potential out-of-court resolution of this matter.

7.  WHEREFORE, the parties respectfully request that all proceedings in this action be stayed for a period of 18 months, beginning from the date the stay order is entered.

| | |
|---|---|
| Dated: July 10, 2024 | Respectfully submitted, |

<p style="margin-left: 40%;">
s/ <em>Michael G. Allen</em><br>
Michael G. Allen (DC Bar No. 409068)<br>
Zoila Hinson (admitted <em>pro hac vice</em>)<br>
RELMAN COLFAX PLLC<br>
1225 19th Street, N.W., Suite 600<br>
Washington, D.C. 20036<br>
(202) 728-1888<br>
(202) 728-0848 (fax)<br>
mallen@relmanlaw.com<br>
zhinson@relmanlaw.com<br>
<br>
Kaitlin Banner (DC Bar No. 100436)<br>
WASHINGTON LAWYERS' COMMITTEE<br>
FOR CIVIL RIGHTS AND URBAN AFFAIRS<br>
11 DuPont Circle, N.W., Suite 400<br>
Washington, D.C. 20036<br>
Phone: (202) 319-1000<br>
Fax: (202) 319-1010<br>
katilin_banner@washlaw.org<br>
<br>
<em>Attorneys for Plaintiff</em><br>
<br>
<br>
<strong>MORGAN, LEWIS & BOCKIUS LLP</strong><br>
<br>
s/ <em>Stephanie Schuster</em><br>
Stephanie Schuster (Bar No. 1011924)<br>
Patrick Harvey (Bar No. 995570)<br>
1111 Pennsylvania Avenue, NW<br>
Washington, DC 20004<br>
T: (202) 373-6595<br>
F: (202) 739-3001<br>
stephanie.schuster@morganlewis.com<br>
patrick.harvey@morganlewis.com<br>
<br>
Anne Marie Estevez (Bar No. 499841)<br>
600 Brickell Avenue, Suite 1600<br>
Miami, FL 33131<br>
T: (305) 415-3330<br>
F: (305) 415-3001<br>
annemarie.estevez@morganlewis.com<br>
<br>
<em>Attorneys for Defendants</em>
</p>