**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| EQUAL RIGHTS CENTER, | |
| Plaintiff, | |
| v. | Case No. 1:17-cv-01272-FYP |
| UBER TECHNOLOGIES, INC.*, et al.*, | |
| Defendants. | |

**JOINT STATUS REPORT**

In accordance with this Court's March 10, 2026 Order, the Parties, through their undersigned counsel, respectfully submit this Joint Status Report and state the following:

1.  The parties did not resolve the case following the conclusion of the stay but are currently exploring potential alternative options for resolution.

2.  The parties agree to file another joint status report by April 23, 2026.

Dated: March 24, 2026                    Respectfully submitted,

/s/ *Michael G. Allen*
Michael G. Allen (DC Bar. No. 409068)
Zoila Hinson (admitted *pro hac vice*)
RELMAN COLFAX PLLC
1225 19th Street, N.W., Suite 600
Washington, D.C. 20036
(202) 728-1888
(202) 728-0848 (fax)
mallen@relmanlaw.com
zhinson@relmanlaw.com

Kaitlin Banner (DC Bar No. 100436)
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS
700 14th Street, N.W., Suite 400
Washington, D.C. 20005
Phone: (202) 319-1000

1

Fax: (202) 319-1010
katilin_banner@washlaw.org

*Attorneys for Plaintiff*


**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Stephanie Schuster*
Stephanie Schuster (DC Bar No. 1011924)
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T: (202) 373-6595
F: (202) 739-3001
stephanie.schuster@morganlewis.com

*Attorneys for Defendants*

2